# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Erick Medina,<br><br>    Petitioner<br><br>v.<br><br>Terry Royal, *et. al.*,<br><br>    Respondents. | Case No.: 2:24-cv-02413-JAD-DJA<br><br>**Order Granting Unopposed<br>Motion for Extension of Time**<br><br>[ECF No. 10] |

      Petitioner Erick Medina moves for a six-day enlargement of time to file his amended petition.[1] This is Medina's first request for an extension of this deadline. So, with good cause appearing, IT IS HEREBY ORDERED that the motion for extension of time **[ECF No. 10] is GRANTED. Medina has up to and including June 3, 2025, to file his amended petition.**

      Dated: May 30, 2025

                                                      _____
                                                      U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 10.