# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Erick Medina,

    Petitioner

v.

Terry Royal, *et. al.*,

    Respondents.

Case No. 2:24-cv-02413-JAD-DJA

**Order Granting Unopposed Motion for Leave to File a Second-Amended Petition**

[ECF No. 14]

Petitioner Erick Medina simultaneously filed his counseled First-Amended Petition and moved for leave to file a Second-Amended Petition.[1] Respondents filed a non-opposition to Medina's motion.[2] I grant the unopposed motion, given that "[t]he court should freely give leave [to amend] when justice so requires."[3] This order does not affect, in any manner, the operation of the statute of limitations in this case.

IT IS THEREFORE ORDERED that the motion **(ECF No. 14) is granted. Medina has up to and including August 29, 2025, to file his Second-Amended Petition.**

In all other respects, the Scheduling Order (ECF No. 9) remains in effect.

Dated: June 26, 2025

                                                    _____
                                                  U.S. District Judge Jennifer A. Dorsey

---

[1] ECF Nos. 12, 14.
[2] ECF No. 15.
[3] Fed. R. Civ. Pro. 15(a)(2).