UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Erick Medina,

    Petitioner

v.

Terry Royal, *et. al.*,

    Respondents.

Case No.: 2:24-cv-02413-JAD-DJA

**Order Granting Unopposed Motion for Extension of Time**

[ECF No. 17]

    Petitioner Erick Medina moves for a 7-day enlargement of time to file his second amended petition.[1]  This is Medina's first request for an extension of this deadline.  So, with good cause appearing, IT IS HEREBY ORDERED that the motion for extension of time **[ECF No. 17] is GRANTED.  Medina has up to and including September 5, 2025, to file his second amended petition.**

    Dated: September 8, 2025

                                                          U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 17.