UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| Erick Medina, | Case No. 2:24-cv-02413-JAD-DJA |
|---|---|
| Petitioner | **Order Granting Motion to Seal** |
| v. | [ECF No. 23] |
| Terry Royal, *et. al.*, | |
| Respondents. | |

Respondents seek leave to file two exhibits under seal: Medina's Presentence Investigation Report and Supplemental Presentence Investigation Report.[1] Having reviewed and considered the matter in accordance with *Kamakana v. City and County of Honolulu*[2] and its progeny, I find that a compelling need to protect Medina's safety, privacy, and/or personal identifying information outweighs the public interest in open access to court records.

IT IS THEREFORE ORDERED that the Motion to Seal **[ECF No. 23] is GRANTED**. The Clerk of Court is directed to **MAINTAIN THE SEAL on Exhibits 32 and 33 [ECF Nos. 24-1, 24-2].**

_____
U.S. District Judge Jennifer A. Dorsey
October 21, 2025

---

[1] ECF No. 23.

[2] *Kamakana v. City & County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006).