# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Erick Medina,

    Petitioner

v.

Terry Royal, *et. al.*,

    Respondents.

Case No.: 2:24-cv-02413-JAD-DJA

**Order Granting Unopposed Motion for Extension of Time**

[ECF No. 28]

    Petitioner Erick Medina moves for a 60-day enlargement of time to file his opposition to the motion to dismiss.[1] This is Medina's first request for an extension of this deadline. So, with good cause appearing, IT IS HEREBY ORDERED that the motion for extension of time **[ECF No. 28] is GRANTED. Medina has up to and including January 16, 2026, to file his opposition.**

Dated: November 18, 2025

                                                    _____
                                                  U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 28.