**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Erick Medina,

     Petitioner

v.

Terry Royal, *et. al.*,

     Respondents.

Case No.: 2:24-cv-02413-JAD-DJA

**Order Granting Unopposed
Motion for Extension of Time**

[ECF No. 30]

Petitioner Erick Medina moves for a 14-day enlargement of time to file his opposition to the motion to dismiss.[1]  This is Medina's second request for an extension of this deadline.  So, with good cause appearing, IT IS HEREBY ORDERED that the motion for extension of time **[ECF No. 30] is GRANTED.  Medina has up to and including January 30, 2026, to file his opposition.**

    Dated: January 27, 2026

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 30.