**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Erick Medina,

      Petitioner

v.

Terry Royal,

      Respondent

Case No.: 2:24-cv-02413-JAD-DJA

**Order Granting Unopposed
Motion for Extension of Time**

[ECF No. 35]

Respondent moves for a 90-day enlargement of time to file his answer to Petitioner's second amended petition.[1]  This is Respondent's first request for an extension of this deadline. So, with good cause appearing, IT IS HEREBY ORDERED that the motion for extension of time **[ECF No. 35] is GRANTED.  Respondent has up to and including July 23, 2026, to file his answer.**

Dated: May 18, 2026

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 35.