**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Erick Medina,

Petitioner

v.

Terry Royal,

Respondent.

Case No.: 2:24-cv-02413-JAD-DJA

**Order Granting Unopposed Motion for Extension of Time**

[ECF No. 38]

Respondent moves for a 57-day enlargement of time to file his answer to Petitioner's second amended petition.[1] This is Respondent's second request for an extension of this deadline. With good cause appearing, IT IS HEREBY ORDERED that the motion for extension of time **[ECF No. 38] is GRANTED. Respondent's answer is due September 18, 2026.**

Dated: July 28, 2026

U.S. District Judge Jennifer A. Dorsey

[1] ECF No. 38.