**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Erick Medina,

Petitioner

v.

Terry Royal,

Respondent

Case No.: 2:24-cv-02413-JAD-DJA

**Order Granting Unopposed Motion for Extension of Time**

[ECF No. 40]

Respondent moves for a 45-day enlargement of time to file his answer to the petitioner's second amended petition.[1] This is the respondent's third request for an extension of this deadline, so further extensions of this deadline will not likely be granted absent exceptional circumstances. But with good cause appearing, IT IS HEREBY ORDERED that the motion for extension of time **[ECF No. 40] is GRANTED. Respondent has up to and including November 2, 2026, to file his answer.**

Dated: September 22, 2026

U.S. District Judge Jennifer A. Dorsey

[1] ECF No. 40.