**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Erick Medina,<br>Petitioner<br>v.<br>Terry Royal,<br>Respondent | Case No.: 2:24-cv-02413-JAD-DJA<br><br>**Order Granting Unopposed Motion for Extension of Time**<br><br>[ECF No. 42] |

Respondent moves for a 30-day enlargement of time to file his answer to Petitioner's second amended petition.[1] This is the respondent's fourth request for an extension of this deadline. While this court finds good cause for this extension, the respondent is cautioned that staffing shortages and high caseloads at the Nevada Attorney General's office will not be cause for a fifth extension. So IT IS ORDERED that the motion for extension of time **[ECF No. 42] is GRANTED and the respondent has up to and including December 2, 2026, to file his answer. But this deadline is not likely to be further extended.**

Dated: November 20, 2026

U.S. District Judge Jennifer A. Dorsey

[1] ECF No. 42.